UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

Deltra Ann Miller

        Debtor.

-----------------------------------------------------------x

Hearing Date: June 18, 2026,
Hearing Time: 9:00AM

Case No. 24-12313 (jpm)
Chapter 13

## AMENDED NOTICE OF ADJOURNMENT OF MOTION FOR RELIEF AND CONFIRMATION HEARING FROM APRIL 23, 2026, TO JUNE 18, 2026, AT 9:00AM

**PLEASE TAKE NOTICE** that the all matters previously scheduled to be heard on April 23, 2026, has been adjourned with consent of the Chapter 13 Trustee **June 18, 2026, at 9:00am.**

**PLEASE TAKE FURTHER NOTICE** that all parties intending to appear must sign up to attend the hearing via ZoomGov using the eCourt Appearances tool by 4pm **two** business days before the scheduled hearing using the link below:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Dated: Harrison, New York
   April 20, 2026,

BRONSON LAW OFFICES, P.C.
By: */s/H. Bruce Bronson*
H. Bruce Bronson, Esq.
480 Mamaroneck Avenue
Harrison, New York 10528
Telephone: (914) 269-2530
Fax: (888) 908-6906